**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MAURICE TAYLOR,** | : | **PHILADELPHIA COUNTY** |
| | : | **COURT OF COMMON PLEAS** |
| **Plaintiff,** | : | |
| | : | **JANUARY TERM 2023** |
| **v.** | : | **No. 230100333** |
| | : | |
| **CITY OF PHILADELPHIA d/b/a** | : | |
| **CURRAN-FROMHOLD** | : | |
| **CORRECTIONAL FACILITY,** *et al.* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## NOTICE OF REMOVAL

**To the Honorable Judges of the United States District Court for the Eastern District of Pennsylvania.**

      Pursuant to 28 U.S.C. § 1441, defendants, City of Philadelphia, Blanche Carney, Pierre Lacombe, Terrence Clark, Karen Butler, and Robert Rose, (hereinafter "petitioners"), through its counsel, Jonah Santiago-Pagán, Assistant City Solicitor, respectfully petitions for the removal of this action to the United States District Court for the Eastern District of Pennsylvania.  In support thereof, defendant state the following:

      1.      On January 4, 2023, the plaintiff initiated this action by Writ of Summons in the Court of Common Pleas in Philadelphia, January Term, 2023; No. 230100333.  (Exhibit "A.")

      2.      On January 18, 2023, the plaintiff reissued the Writ of Summons in the Court of Common Pleas in Philadelphia, January Term, 2023; No. 230100333.  (Exhibit "A.")

      3.      On January 26, 2023, the plaintiff filed the Complaint in this action.  (Exhibit "B.")

      4.      In Counts I and III of the Complaint, the plaintiff seeks relief against the petitioners pursuant to 42 U.S.C. § 1983 for alleged deprivations of his rights protected by the Constitution of the United States.  (Id.)

      5.      28 U.S.C. § 1331 states that "[t]he district courts shall have original jurisdiction of

all civil actions arising under the Constitution, laws, or treaties of the United States."

6.      The United States District Court for the Eastern District of Pennsylvania has original jurisdiction over the claims alleged by Plaintiff, pursuant to 28 U.S.C. § 1331.

7.      True and correct copies of this Notice of Removal with accompanying exhibits and separate Notice to State Court of Filing of Notice of Removal, a copy of which is attached hereto as Exhibit "C," will be served upon the plaintiff and filed with the Prothonotary of the Court of Common Pleas of Philadelphia County, Pennsylvania, in accordance with the provisions of 28 U.S.C. § 1446(d).

8.      In filing this Notice of Removal, the petitioners do not waive any available defenses in this action.

**WHEREFORE,** petitioners, City of Philadelphia, Blanche Carney, Pierre Lacombe, Terrence Clark, Karen Butler, and Robert Rose, respectfully requests that the captioned Complaint be removed to the United States District Court for the Eastern District of Pennsylvania.

Respectfully submitted,

Anne B. Taylor
Chief Deputy City Solicitor


BY:        _/s/ Jonah Santiago-Pagán____
            Jonah Santiago-Pagán, Esq.
            Assistant City Solicitor
            Pa. Attorney ID No. 326442
            City of Philadelphia Law Department
            1515 Arch Street, 14th Floor
            Philadelphia, PA 19102
            215-683-5428 (phone)
            jonah.santiago-pagan@phila.gov

Date: February 28, 2023

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **MAURICE TAYLOR,** | : | **PHILADELPHIA COUNTY** |
| | : | **COURT OF COMMON PLEAS** |
| **Plaintiff,** | : | |
| | : | **JANUARY TERM 2023** |
| **v.** | : | No. 230100333 |
| | : | |
| **CITY OF PHILADELPHIA d/b/a** | : | |
| **CURRAN-FROMHOLD** | : | |
| **CORRECTIONAL FACILITY,** *et al.* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## NOTICE OF FILING OF REMOVAL

TO:   Gary Schafkopf, Esquire
      SCHAFKOPF LAW, LLC
      11 Bala Avenue
      Bala Cynwyd, PA 19004

PLEASE TAKE NOTICE THAT on February 28, 2023 the defendants, City of Philadelphia, Blanche Carney, Pierre Lacombe, Terrence Clark, Karen Butler, and Robert Rose, filed, in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania, a verified Notice of Removal.

A copy of this Notice of Removal is attached hereto and is also being filed with the Clerk of the Court of Common Pleas of Philadelphia County, pursuant to Title 28, United States Code, Section 1446(e).

*/s/ Jonah Santiago-Pagán*
Jonah Santiago-Pagán, Esq.
Assistant City Solicitor
Pa. Attorney ID No. 326442
City of Philadelphia Law Department
1515 Arch Street, 14th Floor
Philadelphia, PA 19102
215-683-5428 (phone)
jonah.santiago-pagan@phila.gov

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAURICE TAYLOR,** | : | **PHILADELPHIA COUNTY** |
| | : | **COURT OF COMMON PLEAS** |
| **Plaintiff,** | : | |
| | : | **JANUARY TERM 2023** |
| **v.** | : | No. 230100333 |
| | : | |
| **CITY OF PHILADELPHIA d/b/a** | : | |
| **CURRAN-FROMHOLD** | : | |
| **CORRECTIONAL FACILITY,** *et al.* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

### <u>CERTIFICATE OF SERVICE</u>

I, Jonah Santiago-Pagán, Assistant City Solicitor, do hereby certify that a true and correct copy of the attached Notice of Removal has been served upon the plaintiff's attorney on the date indicated below via email:

TO:    Gary Schafkopf, Esquire
       SCHAFKOPF LAW, LLC
       11 Bala Avenue
       Bala Cynwyd, PA 19004
       gary@schaflaw.com


                          */s/ Jonah Santiago-Pagán*
                          Jonah Santiago-Pagán, Esq.
                          Assistant City Solicitor
                          Pa. Attorney ID No. 326442


Date:  February 28, 2023

Exhibit "A"

Court of Common Pleas of Philadelphia County
Trial Division

# Civil Cover Sheet

For Prothonotary Use Only (Docket Number)

**JANUARY 2023**          **000333**

E-Filing Number: 2301006150

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| MAURICE TAYLOR | CITY OF PHILADELPHIA, ALIAS: CURRAN-FROMHOLD CORRECTIONAL FACILITY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| 545 HAMPTON RD<br>UPPER DARBY  PA 19082 | 7901 STATE RD<br>PHILADELPHIA PA 19136 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | BLANCHE CARNEY |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 7901 STATE RD<br>PHILADELPHIA  PA 19136 |

| PLAINTIFF'S NAME | DEFENDANT'S NAME |
|---|---|
| | MICHELLE FARRELL |

| PLAINTIFF'S ADDRESS | DEFENDANT'S ADDRESS |
|---|---|
| | 7901 STATE RD<br>PHILADELPHIA  PA 19136 |

| TOTAL NUMBER OF PLAINTIFFS | TOTAL NUMBER OF DEFENDANTS | COMMENCEMENT OF ACTION |
|---|---|---|
| 1 | 8 | ☐ Complaint   ☐ Petition Action   ☐ Notice of Appeal<br>☒ Writ of Summons   ☐ Transfer From Other Jurisdictions |

| AMOUNT IN CONTROVERSY | COURT PROGRAMS | | |
|---|---|---|---|
| ☐ $50,000.00 or less<br>☒ More than $50,000.00 | ☐ Arbitration<br>☒ Jury<br>☐ Non-Jury<br>☐ Other: | ☐ Mass Tort<br>☐ Savings Action<br>☐ Petition | ☐ Commerce<br>☐ Minor Court Appeal<br>☐ Statutory Appeals | ☐ Settlement<br>☐ Minors<br>☐ W/D/Survival |

CASE TYPE AND CODE

Z2 - MISC SUMMONS

STATUTORY BASIS FOR CAUSE OF ACTION

RELATED PENDING CASES (LIST BY CASE CAPTION AND DOCKET NUMBER)

**FILED PRO PROTHY**

JAN **04** 2023

**C. PERRY**

IS CASE SUBJECT TO COORDINATION ORDER?

YES          NO

TO THE PROTHONOTARY:

Kindly enter my appearance on behalf of Plaintiff/Petitioner/Appellant: MAURICE TAYLOR

Papers may be served at the address set forth below.

| NAME OF PLAINTIFF'S/PETITIONER'S/APPELLANT'S ATTORNEY | ADDRESS |
|---|---|
| GARY SCHAFKOPF | SCHAFKOPF LAW LLC<br>11 BALA AVENUE<br>BALA CYNWYD PA 19004 |

| PHONE NUMBER | FAX NUMBER |
|---|---|
| (610)664-5200 | (888)283-1334 |

| SUPREME COURT IDENTIFICATION NO. | E-MAIL ADDRESS |
|---|---|
| 83362 | gary@schaflaw.com |

| SIGNATURE OF FILING ATTORNEY OR PARTY | DATE SUBMITTED |
|---|---|
| GARY SCHAFKOPF | Wednesday, January 04, 2023, 02:42 pm |

FINAL COPY (Approved by the Prothonotary Clerk)

WEISBERG LAW
David A. Berlin, Esquire
PA Attorney Id. No. 314400
Matthew B. Weisberg, Attorney ID No. 85570
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-0880

SCHAFKOPF LAW LLC
Gary Schafkopf, Attorney ID No. 83362
11 Bala Ave
Bala Cynwyd, PA 19004
610-664-5200 Ext 104
Fax: 888-283-1334

*Attorneys for Plaintiff*

Filed and Attested by the
Office of Judicial Records
04 JAN 2023 02:42 pm
C. PERRY

| | |
|---|---|
| **MAURICE TAYLOR**<br>545 Hampton Road<br>Upper Darby, Pennsylvania 19082 | PHILADELPHIA COUNTY COURT OF<br>COMMON PLEAS |
| Plaintiff,<br>v. | CIVIL COMPLAINT NO. |
| **CITY OF PHILADELPHIA d/b/a<br>CURRAN-FROMHOLD<br>CORRECTIONAL<br>FACILITY,**<br>7901 State Rd.<br>Philadelphia, PA 19136 | JURY TRIAL OF TWELVE (12) JURORS<br>DEMANDED |
| and | |
| **BLANCHE CARNEY**<br>Individually and in her official capacity<br>as Commissioner<br>Curran-Fromhold Correctional Facility<br>7901 State Rd.<br>Philadelphia, PA 19136 | |
| and | |
| **MICHELE FARRELL**<br>Individually and in her official capacity<br>as Warden<br>Curran-Fromhold Correctional Facility<br>7901 State Rd.<br>Philadelphia, PA 19136 | |
| and | |
| **TERRENCE CLARK**<br>Individually and in his official capacity<br>as Deputy Commissioner | |

Case ID: 230100333

Curran-Fromhold Correctional Facility        :
7901 State Rd.                               :
Philadelphia, PA 19136                       :
                                             :
and                                          :
                                             :
**EDWIN CRUZ**                               :
Individually and in his official capacity    :
as Deputy Warden CFCF Operations             :
Curran-Fromhold Correctional Facility        :
7901 State Rd.                               :
Philadelphia, PA 19136                       :
                                             :
and                                          :
                                             :
**ROBERT ROSE**                              :
Individually and in his official capacity    :
as Deputy Warden CFCF Operations             :
Curran-Fromhold Correctional Facility        :
7901 State Rd.                               :
Philadelphia, PA 19136                       :
                                             :
and                                          :
                                             :
**CORRECTIONAL OFFICER**                     :
**(Caucasian, short, glasses)**              :
Individually and in his official capacity    :
as Corrections Officer                       :
Curran-Fromhold Correctional Facility        :
7901 State Rd.                               :
Philadelphia, PA 19136                       :
                                             :
and                                          :
                                             :
**CORRECTIONAL OFFICER**                     :
**(African American, tall, glasses, black**  :
**hair)**                                    :
Individually and in his official capacity    :
as Corrections Officer                       :
Curran-Fromhold Correctional Facility        :
7901 State Rd.                               :
Philadelphia, PA 19136                       :
                                             :
                                             :
       Defendants.        :

Case ID: 230100333

## PRAECIPE TO ISSUE WRIT OF SUMMONS

**TO THE PROTHONOTARY:**

Kindly issue a Writ of Summons against the above-named Defendants in the above-captioned matter.

Respectfully Submitted,

WEISBERG LAW                                    SCHAFKOPF LAW
*/s/ David Berlin*                                     */s/ Gary Schafkopf*
David Berlin, Esquire                            Gary Schafkopf, Esquire
Matthew B. Weisberg, Esquire

                                                        *Attorneys for Plaintiff*


DATED: January 4, 2023

Summons
Citacion

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

*Filed and Attested by the*
*Office of Judicial Records*
*04 JAN 2023 02:42 pm*
*C. PERRY*

| | |
|---|---|
| _____ : | COURT OF COMMON PLEAS |
| *Plaintiff* : | |
| : | _____Term, 20_____ |
| vs. : | |
| : | No._____ |
| : | |
| _____ : | |
| *Defendant* | |

To[1]

_____

_____

_____

# Writ of Summons

You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

_____

_____

_____

Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*

ERIC FEDER
*Director, Office of Judicial Records*

By: _____

Date:_____

230100333
04 JAN 2023 02:42 pm
C. PERRY

10-208 (Rev. 6/14

_____

[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

Case ID: 230100333

# Court of Common Pleas

_____ Term, 20 _____

No. _____

_____

_Plaintiff_

vs.

_____

_Defendant_

# SUMMONS

Case ID: 230100333

**WEISBERG LAW**
David A. Berlin, Esquire
PA Attorney Id. No. 314400
Matthew B. Weisberg, Attorney ID No. 85570
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-0880

**SCHAFKOPF LAW, LLC**
Gary Schafkopf, Attorney ID No. 83362
11 Bala Ave
Bala Cynwyd, PA 19004
610-664-5200 Ext 104
Fax: 888-283-1334

*Filed and Attested by the
Office of Judicial Records
18 JAN 2023 03:03 pm
B. MERCEDES*

*Attorneys for Plaintiff*

| | | |
|---|---|---|
| MAURICE TAYLOR | : | PHILADELPHIA COUNTY |
| | : | COURT OF COMMON PLEAS |
| Plaintiff, | : | |
| vs. | : | |
| | : | No. 230100333 |
| CITY OF PHILADELPHIA, et al | : | |
| | : | |
| Defendants | : | |

## PRAECIPE TO REISSUE WRIT OF SUMMONS

TO THE PROTHONOTARY:

Kindly reissue a writ of summons in the above-captioned matter against Defendants.

Respectfully Submitted,

WEISBERG LAW

BY: */s/ David Berlin*
DAVID A. BERLIN, ESQ.
MATTHEW B. WEISBERG, ESQ.

DATED: 1-18-23

SCHAFKOPF LAW, LLC

BY: */s/Gary Schafkopf*
GARY SCHAFKOPF, ESQ.

DATED: 1-18-23

Case ID: 230100333

**WEISBERG LAW**                              **SCHAFKOPF LAW LLC**
David A. Berlin, Esquire                       Gary Schafkopf, Attorney ID No. 83362
PA Attorney Id. No. 314400                     11 Bala Ave
Matthew B. Weisberg, Attorney ID No. 85570     Bala Cynwyd, PA 19004
7 South Morton Ave.                            610-664-5200 Ext 104
Morton, PA 19070                               Fax: 888-283-1334
610-690-0801
Fax: 610-690-0880

                                               *Attorneys for Plaintiff*

| | | |
|---|---|---|
| MAURICE TAYLOR | : | PHILADELPHIA COUNTY |
| | : | COURT OF COMMON PLEAS |
| Plaintiff, | : | |
| vs. | : | |
| | : | No. 230100333 |
| CITY OF PHILADELPHIA, et al | : | |
| | : | |
| Defendants | : | |

## CERTIFICATE OF SERVICE

I, Gary Schafkopf, Esquire, hereby certify that on this 18th day of January 2023, a true

and correct copy of the foregoing Praecipe to Reissue Writ of Summons was served upon all

parties of record.

Respectfully Submitted,

WEISBERG LAW                                   SCHAFKOPF LAW, LLC


BY: */s/ David Berlin*                         BY: */s/Gary Schafkopf*
DAVID A. BERLIN, ESQ.                          GARY SCHAFKOPF, ESQ.
MATTHEW B. WEISBERG, ESQ.


DATED: 1-18-23                                 DATED: 1-18-23

# Commonwealth of Pennsylvania
## COUNTY OF PHILADELPHIA

*Filed and Attested by the
Office of Judicial Records
18 JAN 2023 03:03 pm
B. MERCEDES*

_____  :   COURT OF COMMON
*Plaintiff*                :
                           :   _____Term, 20_____
                           :
            vs.            :
                           :   No._____
                           :
_____  :
*Defendant*                :


To[1]

_____

_____

_____


# Writ of Summons


You are notified that the Plaintiff[2]
*Usted esta avisado que el demandante*

_____

_____

_____


Has (have) commenced an action against you.
*Ha (han) iniciado una accion en contra suya.*


ERIC FEDER
*Director, Office of Judicial Records*

230100333
18 JAN 2023 03:03 pm
B. MERCEDES

By: _____

Date:_____

10-208 (Rev. 6/14

_____
[1] Name(s) of Defendant(s)
[2] Name(s) of Plaintiff(s)

# Court of Common Pleas

_____ Term, 20 _____

No. _____

_____
_Plaintiff_

vs.

_____
_Defendant_

# SUMMONS

Case ID: 230100333

Exhibit "B"

WEISBERG LAW
David A. Berlin, Esquire
PA Attorney Id. No. 314400
Matthew B. Weisberg, Attorney ID No. 85570
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-0880

SCHAFKOPF LAW, LLC
Gary Schafkopf, Attorney ID No. 83362
11 Bala Ave
Bala Cynwyd, PA 19004
610-664-5200 Ext 104
Fax: 888-283-1334

Attorneys for Plaintiff

*Filed and Attested by the Office of Judicial Records 26 JAN 2023 05:03 pm G. IMPERATO*

| | | |
|---|---|---|
| **MAURICE TAYLOR** | : | PHILADELPHIA COUNTY COURT |
| 545 Hampton Road | : | OF COMMON PLEAS |
| Upper Darby, Pennsylvania 19082 | : | |
| | : | |
| | : | |
| Plaintiff, | : | No. 230100333 |
| | : | |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA d/b/a** | : | **Jury of Twelve (12) Jurors** |
| **CURRAN-FROMHOLD** | : | **Demanded** |
| **CORRECTIONAL FACILITY** | : | |
| 7901 State Rd. | : | |
| Philadelphia, PA 19136 | : | |
| | : | |
| and | : | |
| | : | |
| **BLANCHE CARNEY** | : | |
| Individually and in her official capacity as | : | |
| Commissioner | : | |
| Curran-Fromhold Correctional Facility | : | |
| 7901 State Rd. | : | |
| Philadelphia, PA 19136 | : | |
| | : | |
| and | : | |
| | : | |
| **PIERRE LACOMBE** | : | |
| Individually and in her official capacity as | : | |
| Warden | : | |
| Curran-Fromhold Correctional Facility | : | |
| 7901 State Rd. | : | |
| Philadelphia, PA 19136 | : | |
| | : | |
| and | : | |
| | : | |
| **TERRENCE CLARK** | : | |
| Individually and in his official capacity as | : | |
| Deputy Commissioner | : | |

| | |
|---|---|
| Curran-Fromhold Correctional Facility | : |
| 7901 State Rd. | : |
| Philadelphia, PA 19136 | : |
| | : |
| and | : |
| | : |
| **KAREN BUTLER** | : |
| Individually and in her official capacity as | : |
| Deputy Warden CFCF Operations | : |
| Curran-Fromhold Correctional Facility | : |
| 7901 State Rd. | : |
| Philadelphia, PA 19136 | : |
| | : |
| and | : |
| | : |
| **ROBERT ROSE** | : |
| Individually and in his official capacity as | : |
| Deputy Warden CFCF Operations | : |
| Curran-Fromhold Correctional Facility | : |
| 7901 State Rd. | : |
| Philadelphia, PA 19136 | : |
| | : |
| Defendants. | : |
| | : |

## NOTICE TO DEFEND

| NOTICE | AVISO |
|---|---|
| You have been sued in court.  If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff.   You may lose money or property or other rights important to you. | Le han demandado a usted en la corte.  Si usted quiere defenderse de estas demandas ex-puestas en las paginas siguientes, usted tiene veinte (20) dias de plazo al partir de la fecha de la demanda y la notificacion.  Hace falta asentar una comparencia escrita o en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona.  Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion.  Ademas, la corte puede decidir a favor del demandante y requiere que usted cumpla con todas las provisiones de esta demanda.  Usted puede perder dinero o sus propiedades u otros derechos importantes para usted. |

| | |
|---|---|
| YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW.  THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.<br> IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.<br><br><br>Philadelphia County Bar Association<br>1101 Market St #11, Philadelphia, PA 19107<br>(215) 238-6300 | USTED LE DEBE TOMAR ESTE PAPEL A SU ABOGADO INMEDIATAMENTE. SI USTED NO TIENE A UN ABOGADO, VA A O TELEFONEA LA OFICINA EXPUSO ABAJO. ESTA OFICINA LO PUEDE PROPORCIONAR CON INFORMATION ACERCA DE EMPLEAR A UN ABOGADO.<br>SI USTED NO PUEDE PROPORCIONAR PARA EMPLEAR UN ABOGADO, ESTA OFICINA PUEDE SER CAPAZ DE PROPORCIONARLO CON INFORMACION ACERCA DE LAS AGENCIAS QUE PUEDEN OFRECER LOS SERVICIOS LEGALES A PERSONAS ELEGIBLES EN UN HONORARIO REDUCIDO NI NINGUN HONORARIO.<br><br>Philadelphia County Bar Association<br>1101 Market St #11, Philadelphia, PA 19107<br>(215) 238-6300 |

WEISBERG LAW
David A. Berlin, Esquire
PA Attorney Id. No. 314400
Matthew B. Weisberg, Attorney ID No. 85570
7 South Morton Ave.
Morton, PA 19070
610-690-0801
Fax: 610-690-0880

SCHAFKOPF LAW LLC
Gary Schafkopf, Attorney ID No. 83362
11 Bala Ave
Bala Cynwyd, PA 19004
610-664-5200 Ext 104
Fax: 888-283-1334

Attorneys for Plaintiff

| | | |
|---|---|---|
| **MAURICE TAYLOR** | : | PHILADELPHIA COUNTY COURT |
| 545 Hampton Road | : | OF COMMON PLEAS |
| Upper Darby, Pennsylvania 19082 | : | |
| | : | |
| | : | |
| Plaintiff, | : | No. 230100333 |
| v. | : | |
| | : | |
| **CITY OF PHILADELPHIA d/b/a** | : | |
| **CURRAN-FROMHOLD** | : | |
| **CORRECTIONAL FACILITY** | : | |
| 7901 State Rd. | : | |
| Philadelphia, PA 19136 | : | **Jury of Twelve (12) Jurors** |
| | : | **Demanded** |
| and | : | |
| | : | |
| **BLANCHE CARNEY** | : | |
| Individually and in her official capacity as | : | |
| Commissioner | : | |
| Curran-Fromhold Correctional Facility | : | |
| 7901 State Rd. | : | |
| Philadelphia, PA 19136 | : | |
| | : | |
| and | : | |
| | : | |
| **PIERRE LACOMBE** | : | |
| Individually and in her official capacity as | : | |
| Warden | : | |
| Curran-Fromhold Correctional Facility | : | |
| 7901 State Rd. | : | |
| Philadelphia, PA 19136 | : | |
| | : | |
| and | : | |
| | : | |
| **TERRENCE CLARK** | : | |
| Individually and in his official capacity as | : | |
| Deputy Commissioner | : | |
| Curran-Fromhold Correctional Facility | : | |

| | |
|---|---|
| 7901 State Rd. | : |
| Philadelphia, PA 19136 | : |
| | : |
| and | : |
| | : |
| **KAREN BUTLER** | : |
| Individually and in her official capacity as | : |
| Deputy Warden | : |
| Curran-Fromhold Correctional Facility | : |
| 7901 State Rd. | : |
| Philadelphia, PA 19136 | : |
| | : |
| and | : |
| | : |
| **ROBERT ROSE** | : |
| Individually and in his official capacity as | : |
| Deputy Warden | : |
| Curran-Fromhold Correctional Facility | : |
| 7901 State Rd. | : |
| Philadelphia, PA 19136 | : |
| | : |
| Defendants. | : |

## CIVIL ACTION COMPLAINT

1. Plaintiff, Maurice Taylor, is an adult male, currently residing at the above referenced address. At all times material, Plaintiff was incarcerated at City of Philadelphia d/b/a Curran-Fromhold Correctional Facility.

2. Defendant, City of Philadelphia d/b/a Curran-Fromhold Correctional Facility ("CFCF"), is a prison that, at all times material herein, acted in its official capacity.

3. Defendant, Blanche Carney ("Carney"), is an adult individual who, at all times material herein, acted individually and in his official capacity as Commissioner at CFCF.

4. Defendant, Pierre Lacombe ("Lacombe"), is an adult individual who, at all times material herein, acted individually and in her official capacity as Warden at CFCF.

5. Defendant, Terrence Clark ("Clark"), is an adult individual who, at all times material herein, acted individually and in his official capacity as Deputy Commissioner at CFCF.

6.  Defendant, Karen Butler ("Butler"), is an adult individual who, at all times material herein, acted individually and in his official capacity as Deputy Warden at CFCF.

7.  Defendant, Robert Rose ("Rose"), is an adult individual who, at all times material herein, acted individually and in his official capacity as Deputy Warden at CFCF.

8.  Upon information and belief, jurisdiction is proper in this venue because Defendants are believed to have carried on regular, continuous, and substantial business in Philadelphia County.

## OPERATIVE FACTS

9.  The above paragraphs are incorporated herein by reference.

10. On or about May 2021, Plaintiff was arrested and brought to CFCF.

11. Plaintiff was incarcerated in CFCF from in or around May through July 2021.

12. For approximately one month of his incarceration, from in or around May until June 2020, without reason, Plaintiff was subjected to barbaric and inhumane treatment. This treatment included but is not limited to:

    a.  Not being allowed to leave his cell.

    b.  Not given single shower.

    c.  Not given a toothbrush.

    d.  Not being allowed to change his sheets.

    e.  Not being allowed to remove the trash from his cell, and properly clean his cell, causing the cell to become insanitary.

    f.  Not being able to exchange his jumper for a clean one.

    g.  Not being allowed to receive or make any phone calls.

13. While Plaintiff asked numerous times for a shower, toothbrush, trash removal, clean sheets

and a clean jump suit, his requests were denied.

14. Plaintiff was eventually moved to an intake floor to be transferred to another facility. Plaintiff was never transferred and instead was forced to sleep on the concrete floor for two (2) days straight.

15. This intake floor consisted of approximately nine (9) other inmates who slept next to Plaintiff.

16. Plaintiff sustained serious personal injuries to his back as a result of sleeping on a concrete floor.

17. Upon information and belief, all Defendants knew or should have known about the deplorable treatment of Plaintiff and should have done something about it.

18. Specifically, Defendants did not take the proper precautions to make sure that inmates were being treated properly. Upon information and belief, it was common for inmates not to be provided necessities. Upon information and belief, Defendants, Blanche Carney (Commissioner), Pierre LaCombe (Warden), Terrence Clark (Deputy Commissioner), Karen Butler (Deputy Warden), and Robert Rose (Deputy Warden), are the decision makers regarding the aforesaid custom, policy, and/or practice.

19. Plaintiff has suffered and continues to suffer severe physical and emotional distress as a result of Defendants' conduct.

20. Upon information and belief, Defendants, knew or should have known about the condition of the holding cell and should have provided a proper cell to Plaintiff.

**<u>COUNT I</u>**
**VIOLATION-FAILURE TO PROTECT/FAILURE TO KEEP SAFE/FAILURE TO PROVIDE MEDICAL CARE/ CRUEL AND UNUSUAL PUNISHMENT**
***VIOLATIONS OF 4th, 8th, and 14th AMENDMENTS***
***Plaintiff v. All Defendants***

21. The above paragraphs are incorporated herein by reference.

22. Plaintiff incorporates by reference all prior paragraphs as if fully set forth at length herein.

23. Defendants failed to protect and provide the appropriate living conditions to Plaintiff.

24. Defendants failed to protect and provide the appropriate necessities to Plaintiff.

25. Defendants showed deliberate indifference to Plaintiff's living condition.

26. Defendants' actions stated above, inter alia, were violations of Plaintiff's clearly establish and well settled Constitutional and other legal rights.

27. Defendants caused Plaintiff to suffer cruel and unusual punishment in violation of the Fourth, Eighth and Fourteenth Amendments of the United States Constitution, actionable through 42 U.S.C. §1983, et seq.

WHEREFORE, Plaintiff demands judgment in their favor and against Defendant, individually, jointly and/or severally, in an amount in excess of fifty thousand dollars ($50,000.00), including punitive damages, and further relief as this Honorable Court deems necessary and just, including attorney's fees and costs.

### COUNT II
**Negligence**
*Plaintiff v. All Defendants*

28. Plaintiff incorporates by reference all prior paragraphs as if fully set forth at length herein.

29. At all times material, Defendants breached their duty of care to Plaintiff, acting negligently, recklessly, and carelessly, and in the following regards, respectively:

   a.   Failing to properly provide a safe environment for all inmates;

   b.   Failing to protect the well-being of inmates;

   c.   Failing to provide basic necessities;

    d.  Other conduct that deviated from the applicable standard of

        care.

30. As a direct and proximate result of Defendants' negligence, carelessness and recklessness, Plaintiff suffered actual loss.

WHEREFORE, Plaintiff demands judgment in their favor and against Defendants, individually, jointly and/or severally, in an amount in excess of fifty thousand dollars ($50,000.00), including punitive damages, and further relief as this Honorable Court deems necessary and just, including attorney's fees and costs.

## COUNT III
### *MONELL*
### *Plaintiff v. All Defendants*

31. The above paragraphs are hereby incorporated herein by reference.

32. Prior to the events described herein, Defendants developed and maintained policies, practices, procedures and customs exhibiting deliberate indifference to the Constitutional rights of Plaintiffs, which caused violation of Plaintiffs constitutional and other rights.

33. Specifically, Defendants had a policy of not taking the proper precautions to keep inmates safe, from corrections officers.

34. Plaintiff suffered harm due to the Defendants' conduct.

WHEREFORE, Plaintiff demands judgment in their favor and against Defendants, individually, jointly and/or severally, in an amount in excess of fifty thousand dollars ($50,000.00), including punitive damages, and further relief as this Honorable Court deems necessary and just, including attorney's fees and costs.

Respectfully Submitted,

WEISBERG LAW                                    SCHAFKOPF LAW
*/s/ David Berlin*                              */s/ Gary Schafkopf*
David Berlin, Esquire                           Gary Schafkopf, Esquire
Matthew B. Weisberg, Esquire

                                                *Attorneys for Plaintiff*


DATED: January 26, 2023

## <u>VERIFICATION</u>

I, David Berlin Esquire, hereby verifies that I am counsel for Plaintiff, **Maurice Taylor,** and herein states that the statements in the foregoing Civil Action Complaint are true and correct to the best of my knowledge, information and belief.  I am making this verification on behalf of Plaintiff, **Maurice Taylor,** I acknowledge that the foregoing Verification is made subject to the penalties of 18 Pa.C.S.A. § 4904 relating to unsworn falsification to authorities.


*/s/ David Berlin*
**DAVID BERLIN, ESQUIRE**


Dated: 1-26-23

WEISBERG LAW                          SCHAFKOPF LAW LLC
David A. Berlin, Esquire              Gary Schafkopf, Attorney ID No. 83362

Case ID: 230100333

PA Attorney Id. No. 314400                          11 Bala Ave
Matthew B. Weisberg, Attorney ID No. 85570          Bala Cynwyd, PA 19004
7 South Morton Ave.                                 610-664-5200 Ext 104
Morton, PA 19070                                    Fax: 888-283-1334
610-690-0801
Fax: 610-690-0880                                   Attorneys for Plaintiff

| | | |
|---|---|---|
| **MAURICE TAYLOR** | : | PHILADELPHIA COUNTY COURT |
| | : | OF COMMON PLEAS |
| Plaintiff, | : | |
| | : | |
| v. | : | No. 230100333 |
| | : | |
| | : | **Jury of Twelve (12) Jurors** |
| **CITY OF PHILADELPHIA d/b/a** | : | **Demanded** |
| **CURRAN-FROMHOLD** | : | |
| **CORRECTIONAL FACILITY, et. al.** | : | |
| | : | |
| Defendants. | : | |

## CERTIFICATE OF SERVICE

I, David Berlin, Esquire, hereby certify that on this 25ᵗʰ day of January 2023, a true and correct copy of the foregoing Civil Action Complaint was served upon all parties of record via e-filing.


Respectfully Submitted,

WEISBERG LAW                                        SCHAFKOPF LAW
*/s/ David Berlin*                                  */s/ Gary Schafkopf*
David Berlin, Esquire                               Gary Schafkopf, Esquire
Matthew B. Weisberg, Esquire

                                                    *Attorneys for Plaintiff*


DATED: January 26, 2023

Exhibit "C"

CITY OF PHILADELPHIA LAW DEPARTMENT
**JONAH SANTIAGO-PAGÁN, ESQUIRE**                                    **ATTORNEY FOR DEFENDANTS**
ASSISTANT CITY SOLICITOR
IDENTIFICATION NO. 326442
1515 ARCH STREET, 14TH FLOOR
PHILADELPHIA, PA  19102-1595
TEL (215) 683-5428 AND FAX (215) 683-5397
jonah.santiago-pagan@phila.gov

| | | |
|---|---|---|
| **MAURICE TAYLOR,** | : | **PHILADELPHIA COUNTY** |
| | : | **COURT OF COMMON PLEAS** |
| **Plaintiff,** | : | |
| | : | **JANUARY TERM 2023** |
| **v.** | : | **No. 230100333** |
| | : | |
| **CITY OF PHILADELPHIA d/b/a** | : | |
| **CURRAN-FROMHOLD** | : | |
| **CORRECTIONAL FACILITY,** *et al.* | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

<u>NOTICE OF FILING OF NOTICE OF REMOVAL</u>

**To the Office of Judicial Records:**

Pursuant to 28 U.S.C. § 1446(d), Defendants, City of Philadelphia, Blanche Carney, Pierre Lacombe, Terrence Clark, Karen Butler, and Robert Rose, by and through the undersigned counsel, hereby give notice that they have filed in the United States District Court for the Eastern District of Pennsylvania the attached Notice of Removal (without exhibits) of the above-captioned action.

Pursuant to 28 U.S.C. § 1446, the filing of this Notice effects the removal of this action to the federal court, and this Court is directed to "proceed no further unless and until the case is remanded."  28 U.S.C. § 1446(d).

Respectfully submitted,

Date:  <u>February 28, 2023</u>                    <u>*/s/ Jonah Santiago-Pagán*   </u>
                                                    Jonah Santiago-Pagán, Esq.

JS 44 (Rev. 10/20)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS

Maurice Taylor

**DEFENDANTS**

City of Philadelphia d/b/a Curran-Fromhold Correctional Facitlity, et al.

**(b)** County of Residence of First Listed Plaintiff    Delaware County
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Gary Schafkopf, Esq. SCHAFKOPF LAW, LLC
11 Bala Avenue, Bala Cynwyd, PA 19004

Attorneys *(If Known)*
Jonah Santiago-Pagán, Esq. City of Philadelphia Law Dep't
1515 Arch St, 14th FL, Philadelphia, PA 19102
215-683-5428

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

| | | |
|---|---|---|
| ☐ 1 | U.S. Government Plaintiff | ☒ 3 Federal Question *(U.S. Government Not a Party)* |
| ☐ 2 | U.S. Government Defendant | ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)* |

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| | | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 880 Defend Trade Secrets Act of 2016 | ☐ 480 Consumer Credit (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | | ☐ 485 Telephone Consumer Protection Act |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | **SOCIAL SECURITY** | ☐ 490 Cable/Sat TV |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | | ☐ 751 Family and Medical Leave Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 862 Black Lung (923) | ☐ 890 Other Statutory Actions |
| | | | ☐ 791 Employee Retirement Income Security Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | | ☐ 864 SSID Title XVI | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☒ 440 Other Civil Rights | **Habeas Corpus:** | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | **IMMIGRATION** | | |
| | | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 550 Civil Rights | ☐ 465 Other Immigration Actions | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

| | | | | | |
|---|---|---|---|---|---|
| ☐ 1 Original Proceeding | ☒ 2 Removed from State Court | ☐ 3 Remanded from Appellate Court | ☐ 4 Reinstated or Reopened | ☐ 5 Transferred from Another District *(specify)* | ☐ 6 Multidistrict Litigation - Transfer |
| | | | | | ☐ 8 Multidistrict Litigation - Direct File |

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
42 USC 1983
Brief description of cause:
Alleged violation of constitutional rights

## VII. REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND:   ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE _____   DOCKET NUMBER _____

DATE
02/28/2023

SIGNATURE OF ATTORNEY OF RECORD
/s/ Jonah Santiago-Pagán

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**DESIGNATION FORM**
*(to be used by counsel or pro se plaintiff to indicate the category of the case for the purpose of assignment to the appropriate calendar)*

Address of Plaintiff: _____

Address of Defendant: _____

Place of Accident, Incident or Transaction: _____

---

***RELATED CASE, IF ANY:***

Case Number: _____ Judge: _____ Date Terminated: _____

Civil cases are deemed related when *Yes* is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?  Yes ☐  No ☐

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?  Yes ☐  No ☐

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action of this court?  Yes ☐  No ☐

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?  Yes ☐  No ☐

I certify that, to my knowledge, the within case ☐ **is** / ☐ **is not** related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: _____     <span style="color:red">Must sign here</span> _____     _____
                                  *Attorney-at-Law / Pro Se Plaintiff*              *Attorney I.D. # (if applicable)*

---

**CIVIL: (Place a √ in one category only)**

***A.***     ***Federal Question Cases:***

☐ 1. Indemnity Contract, Marine Contract, and All Other Contracts
☐ 2. FELA
☐ 3. Jones Act-Personal Injury
☐ 4. Antitrust
☐ 5. Patent
☐ 6. Labor-Management Relations
☐ 7. Civil Rights
☐ 8. Habeas Corpus
☐ 9. Securities Act(s) Cases
☐ 10. Social Security Review Cases
☐ 11. All other Federal Question Cases
       *(Please specify): _____*

***B.***     ***Diversity Jurisdiction Cases:***

☐ 1. Insurance Contract and Other Contracts
☐ 2. Airplane Personal Injury
☐ 3. Assault, Defamation
☐ 4. Marine Personal Injury
☐ 5. Motor Vehicle Personal Injury
☐ 6. Other Personal Injury *(Please specify): _____*
☐ 7. Products Liability
☐ 8. Products Liability – Asbestos
☐ 9. All other Diversity Cases
       *(Please specify): _____*

---

**ARBITRATION CERTIFICATION**
*(The effect of this certification is to remove the case from eligibility for arbitration.)*

I, _____, counsel of record *or* pro se plaintiff, do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, § 3(c) (2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs:

☐ Relief other than monetary damages is sought.

DATE: _____     *Jonah Santiago-Pagán* _____     _____
                                  *Attorney-at-Law / Pro Se Plaintiff*              *Attorney I.D. # (if applicable)*

NOTE: A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

Civ. 609 (5/2018)

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**MAURICE TAYLOR,**                 **Civil Action**

**v.**

**CITY OF PHILADELPHIA d/b/a
CURRAN-FROMHOLD
CORRECTIONAL FACILITY,** *et al.*       **No.**

**CASE MANAGEMENT TRACK DESIGNATION FORM**

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a Case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

**SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:**

(a) Habeas Corpus -- Cases brought under 28 U.S.C. §2241through § 2255.       ( )

(b) Social Security -- Cases requesting review of a decision of the Secretary of Health
     and Human Services denying plaintiff Social Security Benefits.       ( )

(c) Arbitration -- Cases required to be designated for arbitration under Local Civil Rule 53.2.       ( )

(d) Asbestos -- Cases involving claims for personal injury or property damage from
     exposure to asbestos.       ( )

(e) Special Management -- Cases that do not fall into tracks (a) through (d) that are
     commonly referred to as complex and that need special or intense management by
     the court. (See reverse side of this form for a detailed explanation of special
     management cases.)       ( )

(f) Standard Management -- Cases that do not fall into any one of the other tracks.       ( X )

| | | |
|---|---|---|
| February 28, 2023 | Jonah Santiago-Pagán, Esq. | City of Philadelphia, Blanche Carney, |
| Date | Attorney-at-law | Pierre Lacombe, Terrence Clark, Karen Butler, and |
| | | Robert Rose |
| | | Attorney for Defendants |
| (215) 683-5428 | (215) 683-5397 | jonah.santiago-pagan@phila.gov |
| Telephone | FAX Number | E-mail Address |

(Civ. 660) 10/02