## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAURICE TAYLOR** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 23-785** |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA d/b/a** | : | |
| **CURRAN-FROMHOLD** | : | |
| **CORRECTIONAL FACILTIY** *et al.,* | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 18th day of July 2023, pursuant to Federal Rules of Civil Procedure ("Rules")

16 and 26, it is hereby **ORDERED** that:

1. each party must, without awaiting discovery request, provide the disclosures contemplated

   by Rule 26(a) to any other parties within fourteen (14) days of the date of this Order;

2. the parties shall commence discovery immediately; and

3. the parties shall file a written joint report of their Rule 26(f) meeting by no later than

   August 16, 2023.

   Failure to submit the Rule 26(f) report will result in this Court establishing the applicable

deadlines without the input of counsel.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*