# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAURICE TAYLOR** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 23-0785** |
| **v.** | : | |
| | : | |
| **CITY OF PHILADELPHIA,** *et al.* | : | |
| *Defendants* | : | |

## SCHEDULING ORDER

**AND NOW**, this 18th day of August 2023, upon consideration of the parties' joint report of their Federal Rule of Civil Procedure ("Rule") 26(f) conference, [ECF 14], and pursuant to Rule 16, it is hereby **ORDERED** that:

1. The parties may request a referral to the Honorable Magistrate Judge Lynne A. Sitarski, United States District Court, to schedule a settlement conference. Counsel, the parties, and/or persons with full settlement authority must appear at the conference unless excused in advance by Magistrate Judge Sitarski.

2. All fact discovery shall be completed by January 5, 2024.

3. All affirmative expert reports shall be due by January 26, 2024.

4. Any rebuttal expert reports are due by February 16, 2024.

5. All expert discovery shall be completed by March 15, 2024.

6. Any *Daubert* or dispositive motions shall be filed by April 5, 2024, and any response to such motions shall be filed within twenty-one (21) days of the filing of the motion.

7. A final pretrial conference will be scheduled, if necessary, following the Court's resolution of any dispositive motions.

Failure to comply with this Order may result in sanctions.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*